# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



2012 MAY -1 PM 3:03



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ERIKA MILDRED SAN MIGUEL (1),<br><br>    Defendant. | CASE NO. 11CR3325-H<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the oral motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

    21 U.S.C. 952 and 960 - Importation of Methamphetamine

---

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5-1-12

                                              MARILYN L. HUFF, District Judge
                                              UNITED STATES DISTRICT COURT